**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BWP MEDIA USA INC.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**IGN ENTERTAINMENT, INC.; ZIFF DAVIS, INC.,**<br><br>    Defendants. | Case No.: 13-CV-3629 YGR<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTION; CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

In view of the Initial Case Management Conference in this matter, set for January 27, 2014, the Court has reviewed the parties' Case Management Statement. (Dkt. No. 19.) There, Defendants represent that they intend to file a motion for judgment on the pleadings.

The Court **SETS** the following briefing schedule for that motion. Defendants' motion shall be filed no later than **February 11, 2014**. Pursuant to Civil Local Rule 7-3(a) and (b), Plaintiff shall file an Opposition or Statement of Non-Opposition by **February 25, 2014**. Pursuant to Civil Local Rule 7-3(c), Defendants shall file any Reply by **March 4, 2014**. The Court sets a hearing on the motion for its regular 2:00 p.m. law and motion calendar on **Tuesday, March 18, 2014**.

The Court **CONTINUES** the Initial Case Management Conference from January 27, 2014 to its 2:00 p.m. calendar on **Monday, May 12, 2014**.

**IT IS SO ORDERED**.

Date: January 23, 2014

                                                **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**